UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONYELL HACKETT,

    Plaintiff,

vs.                              Case No. 2:15-cv-10682-RHC-RSW

GOCH & SONS TOWING, INC,

    Defendant.
_____/
ADAM G. TAUB (P-48703)
Adam G. Taub & Associates Consumer Law Group, PLC
Attorney for Plaintiff
17200 West 10 Mile Road, Suite 200
Southfield, MI 48075
248-746-3790
adamgtaub@clgplc.net

JAMES R. AUSTIN (P-43400)
Law Offices of James R. Austin, P.C.
Attorneys for Defendant
6880 Thayer Lake Dr.
Alden, MI  49612
248-909-4752
jaustin@jaustinlaw.com
_____/

## STIPULATED ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court, held in the City
of Detroit, County of Wayne, State of Michigan,
on  August 17, 2015.

PRESENT:  Hon. Robert H. Cleland
US District Court Judge

This matter having been brought to be heard upon the stipulation of the parties, through

counsel, the Court otherwise being fully advised as to the premises,

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-captioned cause of

action is dismissed as to all parties with prejudice and without costs to any party.

This Order disposes of the last pending claim and closes the case.

s/Robert H. Cleland<br>US District Court Judge

APPROVED AS TO FORM AND CONTENT:

/s/ Adam G. Taub          .
Adam G. Taub (P-48703)
Attorneys for Plaintiff


/s/ James R. Austin          .
James R. Austin (P-43400)
Attorney for Defendant


Drafted by:
James R. Austin (P-43400)
Law Offices of James R. Austin, PC
6880 Thayer Lake Dr.
Alden, MI  49612
248-909-4752